I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 5/5/2010

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY − 5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCOTT FROST, | Case No.  SACV 09-0591-DMG (RNB) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| TERESER BANKS, et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to exhaust administrative remedies.

DATED: *April 30, 2010*


_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE